STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Deanna Bryant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DeAnna Bryant,<br><br>    Plaintiff,<br><br>        v.<br><br>Ally Bank; and Equifax Information Services, LLC,<br><br>    Defendants. | Case No.: 5:25-cv-00846-SP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT ALLY BANK AND ENTIRE CASE**<br><br>Scheduling Conference Date: 08/12/2025<br><br>Time:         11:00 a.m.<br>Courtroom:  4<br><br>The Honorable Sheri Pym |

Plaintiff DeAnna Bryant ("Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Ally Bank ("Ally") have reached an agreement in principle to settle the above-referenced matter and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff has also reached a settlement of this matter with Defendant Experian Information Services, LLC and performance of the settlement terms will be completed in the near future.

3. The parties will file a joint Stipulation of Voluntary Dismissal with Prejudice as to Ally Bank and the entire case, once the terms of the settlement agreement with Ally Bank have been completed.

4. Accordingly, Plaintiff respectfully requests that the parties be excused from the Scheduling Conference scheduled for August 12, 2025 at 11:00am and that the Court instead set this matter for an Order to Show Cause Re: Filing of Joint Stipulation of Dismissal in approximately 60 (sixty) days.

Dated: August 8, 2025

                          __/s/_ Stanley R. Apps_____

                          Stanley R. Apps, Esq.
                          *Attorneys for Plaintiff Deanna Bryant*